IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | Case No. 23-1123 |
| Plaintiffs-Appellees, | |
| v. | |
| JEFF SCHOEP, | |
| Defendant-Appellant. | |

**MOTION FOR EXTENSION OF TIME**
**TO FILE INFORMAL RESPONSE BRIEF**

Pursuant to the Informal Briefing Order ("Order") in the above-captioned case, (Dkt. No. 20), Plaintiffs-Appellees ("Appellees"), through undersigned counsel, move for a modest 17-day extension of time to file an informal response brief by April 17, 2023 with a corresponding extension of time for *pro se* Appellant Jeff Schoep ("Appellant") to serve an informal reply brief.

Under the Order, Appellees' informal response brief is due within 14 days of service of Appellant's informal opening brief. (Order at 1.) The informal opening brief is due on March 17, 2023. (*Id.*) Consistent with the Order's instruction that an extension of the informal briefing schedule may be granted for "good cause stated in writing" (*id.*), Appellees submit that good cause exists for the requested extension for the following reasons.

*First*, Appellees' counsel face unique time and resource constraints that make

1

the 14-day period in this appeal an inadequate time to prepare and serve an informal response brief. This appeal is related to five other appeals from the same district court judgment in *Elizabeth Sines, et al. v. Jason Kessler, et al.*, No. 3:17-cv-00072-NKM-JCH (W.D. Va.). This Court consolidated three appeals and has set a briefing schedule with the Appellants' opening brief due on April 17, 2023.[1] *See Elizabeth Sines, et al. v. Michael Hill, et al.*, No. 23-1119 (L), Dkt. No. 68 (4th Cir. Mar. 7, 2023). The three remaining appeals (including this one) are brought by *pro se* appellants and are all subject to the same informal briefing schedule. *See* Order; *Elizabeth Sines, et al. v. Richard Spencer*, No. 23-1112, Dkt. No. 20 (4th Cir. Feb. 21, 2023); *Elizabeth Sines, et al. v. Christopher Cantwell*, No. 23-1125, Dkt. No. 20 (4th Cir. Feb. 21, 2023). The 14-day period to serve an informal response brief in three appeals is impracticable given that Appellees are represented by the same counsel in each appeal. Moreover, one of the lead attorneys for Appellees is unavailable for a 7-day period during the current 14-day informal briefing schedule due to a pre-existing commitment that cannot be moved, which will exacerbate the current schedule's time and resource demands on Appellees' counsel.

*Second*, relatedly, a 14-day period is insufficient to review and identify for the

---

[1] The consolidated appeals are *Elizabeth Sines, et al. v. Michael Hill, et al.*, No. 23-1119 (L) (4th Cir.) (lead case); *Elizabeth Sines, et al. v. Nathaniel Damigo*, No. 23-1122 (4th Cir.); and *Elizabeth Sines, et al. v. Jason Kessler, et al.*, No. 23-1154 (4th Cir.) (cross-appeal).

2

purposes of the informal briefing those parts of the record that will assist the Court. The district court proceedings were extensive. These appeals follow a verdict and judgment after a 22-day jury trial involving more than 881 admitted exhibits in addition to extensive trial testimony. While no record need be filed with the Court in connection with an informal briefing schedule under this Court's Local Rules, Appellees' counsel anticipate that the issues in this appeal and in the related appeals will require a close review of the district court record to identify those portions likely to aid this Court's resolution of the issues on appeal. Given the number of appeals on the informal briefing schedule and the extensive record below, a modest extension of time will greatly benefit the parties and the Court.

For the foregoing reasons, Appellees request that the Court grant a modest extension of the deadline to file an informal response brief by 17 days, to April 17, 2023, with a corresponding extension for Appellant to file an informal reply brief by May 15, 2023.

Dated: March 16, 2023

Respectfully submitted,

*/s/ David E. Mills*
David E. Mills
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Tel:  202 842 7800
dmills@cooley.com

*Counsel for Plaintiffs-Appellees*

4

# CERTIFICATE OF SERVICE

I hereby certify, on this 16th day of March 2023, the foregoing document, filed with the Circuit Clerk of the United States Court of Appeals for the Fourth Circuit, through the appellate CM/ECF system, will be served electronically to the registered participants on the Notice of Electronic Filing.

I further hereby certify that on March 16, 2023, I also served the foregoing document, via electronic mail, to:

Christopher Cantwell
christopher.cantwell@gmail.com

I further hereby certify that on March 16, 2023, I also served the foregoing document, via U.S. mail, to:

Richard Spencer
734 Clearwater Drive
Whitefish, Montana 59937

Jeff Schoep
PO Box 66335
Roseville, MI 48066

Jason Kessler
6256 Bullet Dr.
Crestview, FL 32536

Robert "Azzmador" Ray
22345 Cherry Lane
Frankston, TX 75763

Vanguard America
c/o Dillon Hopper
383 Hazzard Street
Scottsburg, Indiana 47170

Elliott Kline a/k/a Eli Mosley
117 Mesa Drive
Reading, PA 19608

Michael "Enoch" Peinovich
P.O. Box 1069
Hopewell Junction, NY 12533

Loyal White Knights of the KKK
c/o Chris and Amanda Barker
2364 US Highway 158 E
Yanceyville, NC 27379

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Ste. 121
Worthington, OH 43085

East Coast Knights of the KKK
a/k/a East Coast Knights of the
True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Augustus Sol Invictus
424 E. Central Blvd #156
Orlando, FL 32801

Fraternal Order of the Alt-Knights
c/o Kyle Sean Chapman
52 Lycett Circle
Daly City, CA 94015

*/s/David E. Mills*
David E. Mills
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Tel: 202 842 7800
dmills@cooley.com

*Counsel for Plaintiffs-Appellees*

6